IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF OHIO EASTERN DIVISION
Franklin County
85 Marconi Boulevard #121
Columbus, Ohio 43215:

**PARTIES:**

**Plaintiff**,  Lucy Jordan PROSE'
320 Peachtree Court. Westerville, Ohio 43081

v.

**Defendants**
SAMSUNG ELECTRONICS OF AMERICA, Inc
OFFICE OF THE PRESIDENT
55 CHALLENGER ROAD
RIDGEFIELD PARK  NJ 07660
Defendants

2:24 CV 1248

JUDGE  SARGUS

MAGISTRATE JUDGE  JOLSON

:Case No _____
: JUDGE: _____

PLAINTIFFS' <u>CIVIL COMPLAINT</u>   is a **Product Liability Lawsuit for Negligence
and Strict Liability   AND OUTLINED IN COMPLAINT**

**AND MOTION TO ALLOW PLAINTIFF TIME TO HIRE AN ATTORNEY &
DEMAND FOR JURY**

REASON FOR COMPLAINT FOR:
1. **STRICT PRODUCT LIABILITY**
2. **NEGLIGENCE PRODUCT LIABILITY**
3. **NEGLIGENCE PREMISES LIABILITY**
4. **NEGLIGENCE INFLICTION OF EMOTIONAL DISTRESS**
5. **NEGLIGENCE <u>PROPERTY DAMAGES</u>**
6. **NEGLIGENCE PHYSICAL <u>INJURY</u>**
7. **NEGLIGENCE FUTURE <u>DAMAGES</u>**
8. **NEGLIGENCE MICROWAVE TURNS ON ON ITS OWN**
9. **NEGLIGENCE ENDANGERING CHILDREN AND A SENIOR CITIZEN**
10. **NEGLIGENCE FAILURE TO WARN AFTER MULTIPLE INCIDENTS**
11. **HARMING A SENIOR CITIZEN**

## INTRODUCTION AND SUMMARY OF
## PLAINTIFFS' COMPLAINT

1. **Product Liability Lawsuit for Negligence and Strict Liability AND JURY DEMAND due to negligence and selling to the public faulty and VERY dangerous equipment or appliances that Plaintiff Lucy Jordan was subjected to and suffered emotional distress and bodily injury from a Samsung Microwave that exploded.**

2. Plaintiffs, LUCY JORDAN,Prose filing FOR SAMSUNG **product liability Lawsuit for Negligence and Strict Liability** EXPLOSIVE MICROWAVE CLAIM COMPLAINT IN THE **CIVIL** DIVISION with damages needing awarded & DEMAND FOR JURY TRIAL DEMAND FOR $3,500,000.00

3. Plaintiff will be seeking legal counsel before trial to assist her in suing the above named Defendants due to damages that occurred due to faulty microwave that Defendant has a history of and legal duty to inform to protect the public and oftentimes did not INFORM.

4.Plaintiff Lucy Jordan alleges as follows:

5.On SUNDAY April 16, 2023 Plaintiff Lucy Jordan over the age of 18, and witness David Pruitt who is over the age of 18, and Witness Monica Pruitt of over 18 years of age and her 3 children of under 18 were subjected to foul odor of unknown origin.

6.Lucy Jordan and Monica Pruitt and 3 children were affected by the smoke that was still in the air and by soot exposure that is a carcinogenic.

2

7. Parties at location had taken their shoes off and suddenly observed black substance at bottoms of their feet that later discovered was soot.

8. The insulation company was contacted to ask if their new installation has an odd odor but Insulation Company did not believe so.

9. Upon opening Samsung Microwave it was observed spontaneous combustion of the Samsung Microwave that greatly affected the PLAINTIFF Lucy Jordan's eyes and lungs causing her to seek medical treatment with a Pulmonologist and Ophthalmologist and stress induced vertigo ENT DR was also seen over 4 times.

10. Upon opening Samsung Microwave it was observed spontaneous combustion of the Samsung Microwave that parties were not aware the spontaneous combustible microwaves are a common occurrence as see in **(EXHIBIT A )**

11. Defendant Samsung has a history of class actions explaining this quite well.

12. That microwave explosion greatly affected the PLAINTIFF Lucy Jordan's eyes and lungs , and causing severe anxiety that can lead to another Hemmhoragic stroke due to her LABILE hypertension that led to a BWC stroke injury stress claim around 2020.

**13. Plaintiff was in tears.**

14. PLAINTIFF Lucy Jordan also suffers from stress induced LABILE hypertension that her Cardiologist has signed off on in past.

3

15. The stress induced LABILE Hypertension in 2018 elevated PLAINTIFF Lucy Jordan's blood pressure causing a Hemmhoragic stroke and landing PLAINTIFF Lucy Jordan in a hospital intensive care unit 10 days and landing her in Hospital and stroke rehab almost 6 months.

16. She miraculously survived but remains totally physically handicapped.

17. PLAINTIFF Lucy Jordan tried to explain all this to Samsung when just trying to get compensation for: medical bills, furniture cleaning by Martin's, Servpro Corp Inc clean up of almost $9000.00 to clean soot and furniture, and compensation for pain and suffering and stress.

18. PLAINTIFF Lucy Jordan has another Samsung microwave that is built into kitchen and if that over the range microwave spontaneous combusts can burn the house down and pose a death threat for severe smoke inhalation.

19. SOOT EXPOSURE IS VERY SERIOUS AS CAN LINGER FOR WEEKS IN THE AIR.

20. Not hearing actual explosion it was assumed perhaps the new installation just placed in attic causing weird smell and dust  but not knowing there was an explosion and soot  in the air furthered the dangerous air and soot exposure.

21. PLAINTIFF Lucy Jordan is extremely stressed NOW and burdened down with anxiety over all the fear this incident creates of worries if this happens again.

4

22. This living in constant worry is a set back to her stroke recovery that she has been receiving since November 2018 and still is in recovery.

23. In contacting Samsung, PLAINTIFF Lucy Jordan just got the run around and Samsung refused to compensate not one penny and they were very cold and uncaring.

24. She was treated very rudely by Samsung. PLAINTIFF Lucy Jordan seeks relief in the Sum of three million five hundred thousand dollars $3,500,000.00 for above damages and additionally to replace microwave and refrigerator, clean up, medical bills, and pain and suffering and future pain and suffering and future anxiety the worry has created that has caused PLAINTIFF Lucy Jordan BLOOD PRESSURE TO RAISE.

25. Plaintiff and family were shocked when later discovered (after this explosion) this being a very common occurrence with Samsung and not unusual at all.

26. Samsung has had multiple class actions suits filed against them for defective microwaves that have faulty circuit panels causing these serious types of incidents of microwave turning on on its own and exploding. See **EXHIBIT** AA

27. **(See EXHIBIT AAA )** She was in ICU hanging on to life and hospital and rehabs almost 6 months rendering her totally disabled due to paralysis then severe weakness to left side leading Lucy Jordan to seek medical treatment

5

due to soot exposure in the air with a Pulmonologist and Ophthalmologist, and Vertigo. DR. And Primary Care Dr.

28. PLAINTIFF Lucy Jordan also suffers from stress induced LABILE hypertension that her Cardiologist has signed off on on a past BWC claim.

29. The stress induced Hypertension BWC CASE in 2018 elevated PLAINTIFF Lucy Jordan's blood pressure causing a Hemmhoragic stroke and landing PLAINTIFF Lucy Jordan in a hospital intensive care unit 10 days and landing her in Hospital and stroke rehab almost 6 months.

30. She miraculously survived but remains totally physically handicapped.

31. PLAINTIFF Lucy Jordan tried to explain all this to Samsung when just trying to get compensation for: medical bills, furniture cleaning by Martin's, Servpro Inc clean up of almost $9000.00 to clean soot and furniture, and compensation for pain and suffering and stress.

32. PLAINTIFF Lucy Jordan has another Samsung microwave that is built into kitchen and if that over the range microwave spontaneous combusts can burn the house down and pose a death threat for smoke inhalation.

33. PLAINTIFF Lucy Jordan is extremely stressed and burdened down with anxiety over all this of fear of incident happens again.

34. In contacting Samsung PLAINTIFF Lucy Jordan just got the run around and Samsung refused to compensate not one penny.

35. She was treated rudely.

36.PLAINTIFF Lucy Jordan seeks relief in the Sum of $3,500,000.00 for above damages and additionally to replace microwave and refrigerator, clean up, medical bills, and pain and suffering and future pain and suffering and stress this traumatic incident caused.

37.Samsung has had multiple class actions suits filed against them for defective microwaves that have faulty circuit panels causing these serious types of incidents of microwave turning on on its  own and exploding.

38.Not only has Samsung had issues with faulty microwaves but with cell phones and many other major appliances

39.In contacting Samsung the following are notes provided in Exhibits of the little help- actually no help.  PLAINTIFF Lucy Jordan received after multiple calls that caused stress over and over explaining the horrific event.

**40.( SEE EXHIBIT B)** with this complaint or included in description below.

41.Incidents will be attached as **EXHIBITS** with this complaint or included in description below.

42.In contacting Samsung the following are notes provided of the little help PLAINTIFF Lucy Jordan received see (**EXHIBIT C. )**

**43.For PHOTO OF EXPLODED MICROWAVE** and burn marks to wall that Lucy Jordan suffered from and white fridge that burned that Samsung

7

microwave sat on that had to throw out due to soot odor and exposure see photo of sitting on curb for refuge collection. SEE - (**EXHIBIT D** )

**44.( SEE EXHIBIT B**) with this complaint or included in description below.

**45.(See EXHIBIT C. )**

**46. SUMMARY OF COMPLAINT with sworn Affidavit:**

Based on what they knew or reasonably should have known as described above, the Defendants deviated from principles of due care and consumer safety, deviated from the standard of care, and were otherwise negligent in one or more IN  the following particulars:

47. This incident has led to fear, anxiety, and high blood pressure incidents that are severely affecting Plaintiff Lucy Jordan.

48. She worries instead of living peacefully of what appliance might explode next at any moment of when she sleeps that can kill her. Causing sleep disturbances.

49. She is concerned of developing cancer as soot was still in the air.

50. She has lost trust in electronics distributors and instead of living peacefully she now has to worry and live in  anxiety that can lead to another deadly stroke event that she suffered in 2018 and that she is still trying to recover from during continued Stroke rehab with recent ongoing physical therapy and surgery to try to lead a semi normal Life.

51. Plaintiff is weak and debilitated and just did not need this dangerous stress triggering event during her continuing stroke rehab.

52. She sought medical attention but it is against her religion to see a psychologist or psychiatrist as she believes only God the Father in Jesus name should be who we seek vs. a man with a psychological degree. Her religion believes in seeking help with medical doctors for physical conditions only other than psychiatrist or psychologist that are against her religious belief.

**53.See EXHIBIT D:  PHOTO OF EXPLODED MICROWAVE** and burn marks to wall that Lucy Jordan suffered from and white fridge burned on top from microwave we had to throw out due to soot odor and dangerous soot exposure .

**54.CAUSES OF ACTION are listed below.**

**55.COUNT  1 -NEGLIGENCE**

Samsung has a history of faulty equipment that cause danger and fire.

56. Mainly their cell phone have caused burn issues to consumers but Plaintiff Lucy Jordan would never dream of appliances turning on on their own and exploding due to faulty circuit panels and exploding nor could not believe the past class action suits against Samsung for their spontaneous combusting dangerous microwaves as well as other appliances.

9

57. Samsung never bothered to notify her of dangerous glitches. They could at least have  had News Media to protect the public and warn. **That is negligence at its worse.**

## 58. COUNT II -STRICT LIABILITY

"Overview. In both tort and criminal law, strict liability exists when a defendant is liable for committing an action, regardless of what his/her intent or mental state was when committing the action."https://www.law.cornell.edu/wex/strict_liability **Samsung is an electronic giant** and even more liable for negligence and failure to warn.

## 59. COUNT III -STRICT PRODUCTS LIABILITY:  FAILURE TO WARN see Exhibit A) no warning was provided to plaintiff.

60. Samsung has a history of faulty equipment and appliances that cause fire.

61. Mainly their cell phones had dangerous issues but Plaintiff Lucy Jordan would never dream of appliances exploding nor could not believe the past class action suits against Samsung for their spontaneous combusting dangerous microwaves.

62. Samsung never bothered to notify Plaintiff of glitches. They could at least have  News Media to protect the public. That is negligence at its worse and this couldn't be stressed enough. In her opinion this company should be out of business. Why is the question Plaintiff asks of why Samsung has not been forced to SHUT DOWN.

**63.** <u>COUNT IV-**LOSS OF CONSORTIUM**</u>

This is another injury that Plaintiff Lucy Jordan has to worry more about of now an appliance will explode vs. carry on with her normal life and to enjoy life. INSTEAD OF LIVING A NORMAL LIFE SHE NOW HAS TO LIVE IN CONSTANT WORRY.

**64.** This has greatly affected her life as she is still trying to recover after a massive brain bleed Hemmhoragic stroke that stress induced LABILE high blood pressure caused.

**65.** This negligent Samsung event is now creating stress all over again and is unnecessary of a large company to conduct themselves in this VERY DANGEROUS manner.

**66. There are plenty of. Media outlets Samsung could have used to warn the public i**n such a serious matter that can cause death, destruction, and fire.

**67.** <u>The soot -after incident happened, remained in the air and affected Plaintiff's breathing and eyes after surgery.</u>

**68.** The stress NOW HAS brought on great vertigo issues that create a lot of severe stress and trauma. THIS INCIDENT WAS UNCONSCIONABLE. PLAINTIFF IS LIVING IN CONSTANT WORRY AND FEAR.

**69.. ABOUT PARTIES**

70.**Plaintiff,** Lucy Jordan , is a citizen of the State of Ohio residing at 320 Peachtree Court Westerville Ohio 43081.

71.**Defendants** SAMSUNG ELECTRONICS OF AMERICA, Inc

OFFICE OF THE PRESIDENT

55 CHALLENGER ROAD

RIDGEFIELD PARK  NJ 07660

-

72.**ABOUT DEFENDENTS**: SAMSUNG ELECTRONICS OF AMERICA, INC

Is a GIANT company who is dedicated of the sale of electronic devices, appliances, and

Manufactures electronic products.

73.The Company offers televisions, digital cameras, cell phones, storage devices, home appliances, security systems, smartwatches, and computer products.

74. SAMSUNG ELECTRONICS OF AMERICA, INC address to file legal actions is:

OFFICE OF THE PRESIDENT

55 CHALLENGER ROAD

RIDGEFIELD PARK  NJ 07660

12

**75.JURISDICTION AND VENUE** Is determined by State where the incident occurred OF OHIO. No Arbitration agreement was ever entered between Plaintiff and Defendant listed above.

**76.  SAMSUNG REMAINS NON-RESPONSIVE**:

**77. More FACTUAL BACKGROUND**

**Case Specific Fact and prayer for relief BELOW.**

**78.** Plaintiffs incorporate by reference all other paragraphs of this Complaint as if fully set forth herein.

**79.** Plaintiff, Lucy Jordan , WHEREFORE, Plaintiffs pray for judgment against Defendants, jointly and severally, for THREE  Million five hundred thousand Dollars ($3,500,000.00) compensatory damages, plus interest, costs and attorneys' fees and other damages later discovered when an attorney found and hired.

**DATED:  March 14, 2024 respectfully submitted,**
**by:** _____
LUCY JORDAN
320 Peachtree Court
Westerville, Ohio 43081
**CELL: (614)579-0917**
**Plaintiff**

**LIST OF EXHIBITS:**
**EXHIBIT A** MEDICAL VISITS
**EXHIBIT AA** OTHER MICROWAVE INCIDENTS
**EXHIBIT AAA BWC STRESS STROKE CLAIM History**
**EXHIBIT B**: OTHER TYPES CLASS ACTIONS against Samsung
**EXHIBIT C**: AFFADAVIT with proof of multiple calls made trying to resolve
matter with Defendant Samsung outside of going to court.

13

**EXHIBIT D:  PHOTO OF EXPLODED MICROWAVE** and burn marks to wall that Lucy Jordan suffered from and white fridge burned on top from microwave we had to throw out due to soot odor and exposure .

**CERTIFICATE OF SERVICE;**
I , Plaintiff Lucy Jordan, Prose' hereby certify that on March 14, 2024, I filed the foregoing with the Clerk of Court  IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION via certified Mail, which will sent notification of such filing via certified mail and regular to **Defendants:**
SAMSUNG ELECTRONICS OF AMERICA, Inc
OFFICE OF THE PRESIDENT
55 CHALLENGER ROAD
RIDGEFIELD PARK  NJ 07660